**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01374-CR

**GAYLON DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-33585-K**

## ORDER

The Court **REINSTATES** the appeal.

On June 29,2 015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested twenty-one days from the July 7, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, AUGUST 3, 2015**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
       JUSTICE